CLIFFORD F. McMASTER
309 W. 7TH STREET, SUITE 1400
FORT WORTH, TX 76102
(817)335-8080 (OFFICE)
(817)429-3371 (FAX)
STATE BAR NO. 13786000

ATTORNEY FOR DEBTOR(S)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WAPECO, LTD. | § | CASE NO. 10-44361-DML-11 |
| | § | |
| DEBTOR(S) | § | |

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

TO SAID HONORABLE COURT:

NOW COMES THE DEBTOR herein and files this its Motion for Authority to Use Cash Collateral and shows:

1.

This case was filed July 2, 2010.

2.

The sole asset of significant value of the Debtor is commercial real estate the majority of which generates approximately $14,000.00 per month income.

3.

Glicny Real Estate Holding, LLC, a secured creditor, has a lien on the real estate and has an assignment of rent clause in the Deed of Trust or otherwise.

4.

The approximate monthly rental income is $14,000.00.

5.

The Debtor seeks authority to use cash collateral to pay the following expenses:

A. Interest payments to secured creditor (approximate per month) $11,000.00.

B. Management expenses (insurance, etc. approximate per month) $2,500.00.

C. Office expenses (approximate per month) $500.00.

6.

The use of cash collateral is necessary in order to keep the property occupied by tenants and the lienholder's claim is adequately secured by the value of the property and will be further secured by the interest payments indicated above.

WHEREFORE, premises considered, the Debtor prays that on notice to the lienholder, the court enter an order authorizing it to use cash collateral in the manner set forth herein.

/s/ CLIFFORD F. McMASTER
CLIFFORD F. McMASTER
309 W. 7TH STREET, SUITE 1400
FORT WORTH, TX 76102
(817)335-8080 (OFFICE)
(817)429-3371 (FAX)
STATE BAR NO. 13786000

ATTORNEY FOR DEBTOR(S)

# CERTIFICATE OF SERVICE

      I, CLIFFORD F. McMASTER, certify that on the 2nd day of July, 2010, a true and correct copy of the above and foregoing instrument was mailed by me, United States Mail, postage paid and/or via ECF to:

Glicny Real Estate Holding, LLC
co Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270


United States Trustee
1100 Commerce Street Room 976
Dallas, TX 75242


                                            /s/ CLIFFORD F. McMASTER
                                            CLIFFORD F. McMASTER
                                            309 W. 7TH STREET, SUITE 1400
                                            FORT WORTH, TX 76102
                                            (817)335-8080 (OFFICE)
                                            (817)429-3371 (FAX)
                                            STATE BAR NO. 13786000

                                            ATTORNEY FOR DEBTOR(S)